IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GENESIS GLOBAL HOLDCO, LLC, GENESIS GLOBAL CAPITAL, LLC, and GENESIS ASIA PACIFIC PTE. LTD., <br><br> Plaintiffs <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DUCERA PARTNERS, LLC, and MICHAEL KRAMER, <br><br> Defendants. | C.A. No. 1:25-cv-733-RGA |

**DECLARATION OF KEVIN M. COEN IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

I, Kevin M. Coen, hereby declare as follows:

1.      I am over the age of 21 and am fully competent to make this declaration. I have personal knowledge of all facts recited herein, and state that such facts are true and correct to my knowledge or information and belief, and, if called upon to do so, I would testify competently about them.

2.      I am duly admitted to practice law in the State of Delaware. I am a Partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP and counsel of record for Defendant Digital Currency Group, Inc.

3.      Attached hereto as **Exhibit A** is a true and correct copy of a slide deck titled Legal Ring Fencing Preliminary Analysis, dated July 20, 2021 and referenced in paragraphs 52, 57-58, and 62 of Plaintiffs' Complaint in this action (the "Complaint") (D.I. 1-1, Ex. A).

4.      Attached hereto as **Exhibit B** is a true and correct copy of a Promissory Note executed by and between Digital Currency Group, Inc. and Genesis Global Capital, LLC, dated June 30, 2022 and referenced throughout the Complaint.[1]

5.      Attached hereto as **Exhibit C** is a true and correct copy of a chart reflecting the daily trading price of the Grayscale Bitcoin Trust ETF (GBTC) from January 1, 2022 through June 30, 2025, as reported by Bloomberg L.P.

6.      Attached hereto as **Exhibit D** is a true and correct excerpted copy of Plaintiffs' Amended Joint Chapter 11 Plan, dated July 21, 2024. A full version of this document was publicly filed as Document No. 1874, *In re Genesis Global Holdco, LLC*, Case No. 23-10063 (Bankr. S.D.N.Y.) (the "Bankruptcy Proceeding").

7.      Attached hereto as **Exhibit E** is a true and correct copy of a press release published by Cleary Gottlieb Steen & Hamilton LLP, counsel to Genesis Global Holdco, LLC, Genesis Global Capital, LLC, and Genesis Asia Pacific Pte. Ltd., titled "Genesis Completes Debt Restructuring" and dated August 26, 2024. This document is available at https://www.clearygottlieb.com/news-and-insights/news-listing/genesis-completes-debt-restructuring.

8.      Attached hereto as **Exhibit F** is a true and correct copy of Frequently Asked Questions related to the Bankruptcy Proceeding, dated May 15, 2025 and available at https://restructuring.ra.kroll.com/genesis/Home-Index.

---

[1] *See* Compl. ¶¶ 14-16, 155-62, 166, 171-72, 174, 178-80, 189, 192, 195, 200, 226-27, 233, 241, 248, 256, 263, 266-67, 275, 277, 292, 298, 301, 309, 343-44, 346, 349-52, 354 & 365.

9.      Attached hereto as **Exhibit G** is a true and correct copy of an email thread between Ronald DiPrete, Alice Chan, and Arianna Pretto-Sakmann, dated June 29, 2022 and referenced in paragraph 157 of the Complaint.

10.     Attached hereto as **Exhibit H** is a true and correct copy of an email thread between Kishan Patel, Mark Murphy, Michael Kraines, Michael Kramer, Jonathan Scott, Robert J. Stein, and other recipients, dated June 29-30, 2022 and referenced in paragraph 155 of the Complaint.

11.     Attached hereto as **Exhibit I** is a true and correct copy of an email from Michael Kraines to Michael Moro, Derar Islim, and Arianna Pretto-Sakmann, dated April 1, 2021 and referenced in paragraphs 6 and 51 of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of August, 2025 at Wilmington, Delaware.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Kevin M. Coen*
Kevin M. Coen (#4775)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
(302) 658-9200
kcoen@morrisnichols.com

*Attorney for Defendant Digital Currency Group, Inc.*