**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

GENESIS GLOBAL HOLDCO, LLC, GENESIS GLOBAL CAPITAL, LLC, and GENESIS ASIA PACIFIC PTE. LTD.,

Plaintiffs,

v.

DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DUCERA PARTNERS LLC, and MICHAEL KRAMER,

Defendants.

Civil Action No. 25-733-RGA

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' Motion to Remand (D.I. 4) is DENIED, Defendants' Motion for Leave to File Sur-Reply in Further Opposition to Plaintiffs' Remand Motion is DISMISSED as moot (D.I. 47), Defendants' Motion to Transfer (D.I. 18) is GRANTED, and the motions to dismiss (D.I. 55; D.I. 58; D.I. 59; D.I. 62; D.I. 65; D.I. 68) are DISMISSED without prejudice to refiling in the transferee court.

This case is TRANSFERRED to the United States District Court for the Southern District of New York.

IT IS SO ORDERED.

Entered this 25th day of March, 2026

United States District Judge